IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN L. JOYCE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-2305 |
| | : | |
| **CAROLYN W. COLVIN,** Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

**AND NOW**, this 7th day of January, 2015, upon careful and independent consideration of Plaintiff's Request for Review and the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. Judgment is entered in favor of the Commissioner of Social Security; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**